FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT 22 PM 4:28

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ROBERT JACOB McGEE** | **§** | **CIVIL ACTION NO.** 08-4715 |
| **versus** | **§** | **SECTION:** SECT. J |
| **ROWAN COMPANIES, INC.** | **§** | **MAGISTRATE:** MAG. 4 |

**SEAMAN'S SUIT**

The Seaman's Suit of ROBERT JACOB McGEE, a person of the full age of majority, appearing herein through his undersigned counsel, and complaining of the above named Defendant, respectfully alleges and shows unto the Honorable Court that:

1.

Plaintiff, ROBERT JACOB McGEE, brings this action against the Defendant, ROWAN COMPANIES, INC., hereinafter referred to as ROWAN, pursuant to the provisions of 46 U.S.C. §688, *et seq.*, commonly referred to as the Jones Act, and the general maritime law of the United States of America.

2.

Defendant, ROWAN, is a drilling company which owns and operates a fleet of movable offshore drilling rigs.

___ Fee Seaman
✓ Process (ISMS) mm
X Dktd ______
___ CtRmDep ______
___ Doc. No ______

3.

At all times material to this lawsuit, Plaintiff was employed as a roustabout by the Defendant, ROWAN.

4.

On or about March 2, 2006, Defendant owned, operated and/or managed or controlled the MODU ROWAN GORILLA IV, a/k/a Rig 046, a jack-up style drilling rig operating in the navigable waters of the Gulf of Mexico.

5.

On or about March 2, 2006, Plaintiff was employed as a roustabout and member of the crew of the MODU ROWAN GORILLA IV and sustained serious bodily injuries while performing his duties as a member of the crew of the vessel.

6.

Plaintiff's injuries and damages were caused as a result of the negligence of the Defendant and/or the unseaworthiness of the MODU ROWAN GORILLA IV.

7.

As a result of the negligence and unseaworthiness aforesaid, Plaintiff is permanently disabled from work and has suffered loss of past and future income and employment related benefits, past and future personal and medical expenses, past and future mental and physical pain and suffering, loss of enjoyment of life, severely painful and disfiguring injuries and permanently disabling injuries amounting to the sum of TEN MILLION ($10,000,000.00) DOLLARS.

8.

As a seaman, Plaintiff is entitled to maintenance and cure, and plaintiff hereby demands the payment of any and all related medical bills.

9.

Plaintiff requests a trial by jury.

10.

WHEREFORE, premises considered, Plaintiff, ROBERT JACOB McGEE, prays that after due proceedings had, there be judgment entered in favor of Plaintiff and against Defendant, ROWAN COMPANIES, INC., in the full amount of TEN MILLION AND 00/100 ($10,000,000.00) DOLLARS, for maintenance, cure and found, pre - judgment interest, and for all costs of these proceedings.

Respectfully submitted,

**STRAUSS & KING**

**BERNEY L. STRAUSS #12527**
**RHETT E. KING #23811**
406 Magazine Street - Suite 300
New Orleans, LA 70130
Telephone: (504) 523-0033
Facsimile: (504) 523-0109
E-Mail: rhettking@straussandking.com
ATTORNEYS FOR PLAINTIFF