UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT JACOB MCGEE | CIVIL ACTION |
| VERSUS | NUMBER: 08-4715 |
| ROWAN COMPANIES, INC. | SECTION: J (4) |

# J U D G M E N T

This matter came on for trial without a jury, on August 24 and 26, 2009.

Considering the Court's Findings of Fact and Conclusions of Law entered on September 24, 2009,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, Robert Jacob McGee, and against defendant, Rowan Companies, Inc., in the amount of $1,864,939.00, with pre-judgment interest on all past damages from March 2, 2006, at the rate of 6% per annum, and post-judgment interest at the rate of 6% on the entire judgment, until paid, all costs to be paid by defendants.

Dated at New Orleans, Louisiana, this 25th day of SEPTEMBER, 2009.

**UNITED STATES DISTRICT JUDGE**